JS-6

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-CV-01624-JLS-AS                                                Date: May 8, 2023
Title: Marlow Stalling v. P. Castellanos, et al.

---

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers) ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT ORDER**

   On March 17, 2023, the Court advised Plaintiff of additional action he would be required to take before the Court could rule on his request to proceed without prepayment of filing fees.  (Doc. 4.)  Plaintiff was advised that the failure to take that action within thirty days would result in the dismissal of his Complaint.  (*Id.*)
   Plaintiff failed to take the required action.[1]  Therefore, the Court hereby dismisses Plaintiff's Complaint.

   **IT IS SO ORDERED.**

                                                                                           Initials of Deputy Clerk:  vrv

Inmate #K-70789

---

[1] A subsequent filing by Plaintiff on the same day as the Court's Order was not made in response to that Order.  (*See* Doc. 5 at 4-5 (bearing dates of March 8, 2023 and March 5, 2023).)  Moreover, it is a duplicate of the original request and, as such, suffers from the same deficiency as the previous request.

---